UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-25901-JB/Elfenbein

CHARMAINE FLOYD,

        Plaintiff,

v.

MR. SEAN CARTER,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND CLOSING CASE

**THIS CAUSE** comes before the Court on United States Magistrate Judge Marty Fulgueira Elfenbein's Report and Recommendation ("Report").  ECF No. [4]. In the Report, Magistrate Judge Elfenbein recommends that the Court grant Plaintiff's Motion for Leave to Proceed *in forma pauperis*, dismiss Plaintiff's Complaint without prejudice for failure to state a claim, and issue a limited filing injunction against Plaintiff as a vexatious litigant.  *Id.*  No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report, ECF No. [4], is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion for Leave to Proceed *in forma pauperis*, ECF No. [3], is **GRANTED**.

3. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff is hereby designated a vexatious litigant, and an injunction is

hereby entered against Plaintiff restricting Plaintiff from filing any further motion,

pleading, or other paper in this action, or from filing another lawsuit without prior

approval from the Court or unless such filings are signed by an attorney authorized

to practice law before this Court

     5.  The Clerk is directed to **CLOSE** this case.

     **DONE AND ORDERED** in Miami, Florida, this 7th day of January, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

2